## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____X

**Andreia V. Dasilva,**
      **Plaintiff,**

**v.**                                     **CIVIL ACTION NO. 19-CV-12392-NMG**

**Deutsche Bank National Trust Company as
Certificate Trustee on behalf of Bosco Credit
II Trust Series 2010-1; Franklin Credit
Management Corporation; Argent Mortgage
Company, LLC; DLJ Mortgage Capital, Inc.;
Asset Backed Securities Corporation; US Bank,
NA as Trustee for Securitized Trust Asset
Backed Securities Home Equity Loan NC
2005-HE4 Trust; Wells Fargo Bank, NA;
Mortgage Electronic Registration System
("MERS"); and Does 1 through 100 Inclusive,**
      **Defendants.**
_____X

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

NOW COME the Defendants, Deutsche Bank National Trust Company, as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1 ("Deutsche Bank") and Franklin Credit Management Corporation ("Franklin Credit"), by and through its attorneys, and respectfully moves this honorable Court for an Order dismissing the instant matter pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

In support of his Motion to Dismiss, Deutsche Bank and Franklin Credit refer to and incorporate the accompanying Memorandum of Law.

WHEREFORE, Deutsche Bank and Franklin Credit respectfully request that this Court issue an Order dismissing the instant action and for such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Deutsche Bank National Trust Company as
Certificate Trustee on behalf of Bosco
Credit II Trust Series 2010-1, and
Franklin Credit Management Corporation
By their attorneys,

Dated: January 21, 2020

/s/ Brian C. Linehan_____
Brian C. Linehan, Esq. (BBO# 690437)
Reneau J. Longoria, Esq. (BBO # 635118)
John Doonan, Esq. (BBO# 547838)
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915
Tel. (978) 921-2670
bl@dgandl.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Brian C. Linehan, attorney for the Plaintiff, hereby certify that on January 16, 2020, my office contacted the Plaintiffs to confer and attempt in good faith to resolve and narrow the issues.

/s/ Brian C. Linehan___
Brian C. Linehan, Esq.

## CERTIFICATE OF SERVICE

I, Brian C. Linehan, Esq., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 21, 2020.

/s/ Brian C. Linehan___
Brian C. Linehan, Esq.