UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ANDREIA DASILVA

Plaintiff

v.

Civil Action No. 1:19-CV-12392

DEUTSCHE BANK NATIONAL TRUST COMPANY AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1; FRANKLIN CREDIT MANAGEMENT CORPORATION;AND
ARGENT MORTGAGE COMPANY, LLC; DLJ MORTGAGE CAPITAL, INC., ASSET BACKED SECURITIES CORPORATION, US BANK, NA AS TRUSTEE FOR SECURITIZED TRUST ASSET BACKED SECURITIES HOME EQUITY LOAN NC 2005-HE4 TRUST, WELLS FARGO BANK, NA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, ("MERS"), AND DOES 1 THROUGH 100 INCLUSIVE, et al.

Defendants

# MOTION FOR LEAVE TO PROCEED FORMA PAUPERIS IN APPEAL FILED ON JULY 8, 2020

*Motion denied without prejudice; see Fed. R. App. P 24 which requires the filing of an affidavit compliant with Form 4 of the Appendix of Forms.*

*NMGorton, USDJ 7/16/20*

Now Comes Plaintiff, Andreia DaSilva, and respectfully requests that this Honorable Court grants her leave to proceed in *forma pauperis* in her appeal pursuant to Rule 24 of the Rules of Appellate Procedure. As reasons she states as follows:

1) Plaintiff paid Counsel $1,500.00 to commence this matter.
2) Plaintiff's Counsel used such part of those funds to pay for the filing fee to commence this matter.
3) Plaintiff has not paid any other funds to Counsel.
4) Plaintiff's has temporarily lost her ability to earn an income due to Covid-19. That is, she has had to take care of her minor child, a toddler, due to lack of day care.
5) Plaintiff used to work as an independent contractor in real estate office assisting with purchases and sales; and doing translation work from English to Brazilian Portuguese.
6) Plaintiff's employment has ceased.
7) Plaintiff is a single mother and is not receiving child support.
8) Plaintiff does not have $505.00 available and disposable to pay for her filing fee.
9) Plaintiff does not have any family member or acquaintance able to lend Plaintiff the money for the filing fee.

WHEREFORE, Plaintiff requests that this Honorable Court allows this Motion and/or in the alternative that this Court defers payment three months after Phase 4 of the Massachusetts reopening plan due to Covid-9 starts.

Respectfully Submitted
By Plaintiff, Andreia DaSilva Through Counsel
/s/ Carmenelisa Perez-Kudzma Perez-Kudzma Law Office, P.C. 35 Main Street, Suite 1
Wayland MA
978-505-3333
Carmenelisa@pklaw.law

Dated: July 8, 2020

CERTIFICATE OF SERVICE

I hereby certify, on this 8th day of July 2020, that I have caused the within Notice to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants including the United States Of America as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Carmenelisa Perez-Kudzma

VERIFICATION BY:
/s/Andreia DaSilva